| R. Kyle Ardoin<br>Secretary of State | State of<br>Louisiana<br>Secretary of<br>State<br> | **COMMERCIAL DIVISION**<br>225.925.4704<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |
|---|---|---|

## Trade Name Details

| | |
|---|---|
| **Type(s) Registered:** | TRADE NAME |
| **Registered Name:** | DP BAKESHOP AND LOGO: LOGO CONSIST OF DP BAKESHOP, 2 CHINESE CHARACTERS DEPICTING DONG PHUONG, AND EAST NOLA ENCLOSED IN A BLACK CIRCLE. THE WORDS DP BAKESHOP ARE IN THE MIDDLE; THE CHINESE CHARACTERS ARE ON THE LEFT OF DP BAKESHOP; EAST NOLA IS ON THE RIGHT OF DP BAKESHOP. |
| **Applicant:** | DONG PHUONG ORIENTAL BAKERY, INC. |
| | 14207 CHEF MENTEUR HWY (#2 & 3) |
| | NEW ORLEANS, LA 70129 |
| **Type Of Business:** | BAKED GOODS SUCH AS BREADS, CAKES, PIES, AND SANDWICHES |
| **Book #:** | 68-6857 |
| **Current Status:** | ACTIVE |

## Dates

| | |
|---|---|
| **Registration Date:** | 8/4/2017 |
| **Expiration Date:** | 8/4/2027 |
| **Date First Used:** | 8/1/2017 |
| **Date First Used (in La.):** | 8/1/2017 |

## Current Classes

**No Current Classes**

## Expired Classes

**No Expired Classes**

## Amendments On File

**No Amendments on file**

Print

**EXHIBIT A**