Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90321808**
**Filing Date: 11/16/2020**

*NOTE: Data fields with the* * *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | DP Bakeshop, East Nola |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a white background and a black circle surrounding the words "DP Bakeshop" in the center, an artistic interpretation of Asian characters to the left of center, and the words "East Nola" to the right of center, all written or drawn in black. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1200 x 554 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Gemini Society, LLC |
| *MAILING ADDRESS | 1213 W. Slaughter Lane, Ste. 110 |
| *CITY | Austin |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 78748 |
| PHONE | 512-906-0016 |
| *EMAIL ADDRESS | XXXX |

**EXHIBIT B**

| **LEGAL ENTITY INFORMATION** | |
|---|---|
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Restaurant; Restaurant and café services; Restaurant services; Restaurant services featuring sandwiches; Restaurant services featuring **bread and baked goods**; Restaurants featuring home delivery |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/27/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/27/2017 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-1-758757178-20201116 131903584308_._DP_Spec_1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0003.JPG |
| ORIGINAL PDF FILE | SPE0-1-758757178-20201116 131903584308_._DP_Spec_2.pdf |
| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0007.JPG |
| ORIGINAL PDF FILE | SPE0-1-758757178-20201116 131903584308_._DP_Spec_3_.pdf |
| CONVERTED PDF FILE(S) (9 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0014.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0016.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-758757178-20201116 131903584308＿.＿DP＿Spec＿4.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0019.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-758757178-20201116 131903584308＿.＿DP＿Spec＿5.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0020.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-758757178-20201116 131903584308＿.＿DP＿Spec＿6.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0021.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-758757178-20201116 131903584308＿.＿DP＿Spec＿7.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0022.JPG |
| **ORIGINAL PDF FILE** | SPE0-1-758757178-20201116 131903584308＿.＿DP＿Spec＿8.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\903\218\90321808\xml1\ FTK0023.JPG |
| **SPECIMEN DESCRIPTION** | Screenshots of Applicant's website, including images of menus and the online ordering platform, and screenshots of Applicant's social media pages |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *****TRANSLATION** (if applicable) | |
| *****TRANSLITERATION** (if applicable) | |
| *****CLAIMED PRIOR REGISTRATION** (if applicable) | |
| *****CONSENT (NAME/LIKENESS)** (if applicable) | |
| *****CONCURRENT USE CLAIM** (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Adrian Resendez |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |

| | |
|---|---|
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Brough & Resendez PLLC |
| **STREET** | 1213 W. Slaughter Lane, Ste. 100 |
| **CITY** | Austin |
| **STATE** | Texas |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 78748 |
| **PHONE** | 512-792-9510 |
| **EMAIL ADDRESS** | adrian@bandrlaw.com |
| **OTHER APPOINTED ATTORNEY** | Katie Gallagher |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Adrian Resendez |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | adrian@bandrlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | katie@bandrlaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| **\*TOTAL FEES DUE** | 225 |
| **\*TOTAL FEES PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Adrian Resendez/ |
| **\* SIGNATORY'S NAME** | Adrian Resendez |
| **\* SIGNATORY'S POSITION** | Attorney of record, Texas Bar member |
| **SIGNATORY'S PHONE NUMBER** | 512-792-9510 |
| **\* DATE SIGNED** | 11/16/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90321808**
**Filing Date: 11/16/2020**

## To the Commissioner for Trademarks:

**MARK:** DP Bakeshop, East Nola (stylized and/or with design, see mark)
The literal element of the mark consists of DP Bakeshop, East Nola. The applicant is not claiming color as a feature of the mark. The mark consists of a white background and a black circle surrounding the words "DP Bakeshop" in the center, an artistic interpretation of Asian characters to the left of center, and the words "East Nola" to the right of center, all written or drawn in black.
The applicant, The Gemini Society, LLC, a limited liability company legally organized under the laws of Texas, having an address of
    1213 W. Slaughter Lane, Ste. 110
    Austin, Texas 78748
    United States
    512-906-0016(phone)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 043:  Restaurant; Restaurant and café services; Restaurant services; Restaurant services featuring sandwiches; Restaurant services featuring bread and baked goods; Restaurants featuring home delivery

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 09/27/2017, and first used in commerce at least as early as 09/27/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots of Applicant's website, including images of menus and the online ordering platform, and screenshots of Applicant's social media pages.

**Original PDF file:**
SPE0-1-758757178-20201116 131903584308 _ DP_Spec_1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308 _ DP_Spec_2.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308 _ DP_Spec_3 .pdf
**Converted PDF file(s)** (9 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308＿．DP_Spec_4.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308＿．DP_Spec_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308＿．DP_Spec_6.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308＿．DP_Spec_7.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-1-758757178-20201116 131903584308＿．DP_Spec_8.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The owner's/holder's proposed attorney information: Adrian Resendez. Other appointed attorneys are Katie Gallagher. Adrian Resendez of Brough & Resendez PLLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
1213 W. Slaughter Lane, Ste. 100
Austin, Texas 78748
United States
512-792-9510(phone)
adrian@bandrlaw.com

Adrian Resendez submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
Adrian Resendez
PRIMARY EMAIL FOR CORRESPONDENCE: adrian@bandrlaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): katie@bandrlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

   - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;

- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Adrian Resendez/   Date: 11/16/2020
Signatory's Name: Adrian Resendez
Signatory's Position: Attorney of record, Texas Bar member
Signatory's Phone Number: 512-792-9510
Payment Sale Number: 90321808
Payment Accounting Date: 11/16/2020

Serial Number: 90321808
Internet Transmission Date: Mon Nov 16 14:22:47 ET 2020
TEAS Stamp: USPTO/FTK-XX.XX.XX.XXX-20201116142247393
032-90321808-750617a2a4f91d6eaadc423bf7a
dcca1ee1db06421e2384fb236f29f5129fdfc40-
CC-22465345-20201116131903584308



DP Bakeshop - Banh MI and Baked Goods. Est. 1982 East New Orleans.                                                          11/3/20, 11:34 AM





*BAKESHOP MENU*

# BREADS
# BANH MI
# BAKED GOODS
# ORDER ONLINE

**8AM - 5PM  Mon, Wed - Sun**
**Closed Tuesday**

14207 Chef Menteur Hwy, New Orleans, LA 70129
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**BREAD DELIVERY / RESTAURANT**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
504-254-0214 / 504-254-1568 main
504-994-7847 wholesale

 東方 BANH MI AND BAKED GOODS          Banh Mi Boxes     Baked Goods     



Build Your Own Banh Mi Box (6-Pack)

**$24.00 - $36.00**

2 Banh Mi Sandwiches, 2 Pate Chaud, 2 Sweets & 2 Drinks - Meal Box

**$20.00 - $24.00**



# TRADITIONAL FAMILY MEAL
**Banh Mi Box, Pate Chaud, Sweets & Drinks**



# NOLA EAST FAMILY MEAL
**Banh Mi Box, Sweets & Drinks**

6 Banh Mi Sandwiches, 6 Pate Chaud, 4 Sweets & 4 Drinks - Family Meal

**$52.00 - $64.00**

6 Banh Mi Sandwiches, 4 Sweets & 4 Drinks - Family Meal

**$40.00 - $52.00**



# FRENCH COLD CUTS
**Banh Mi Box**



# VIETNAMESE GRILLED PORK
**Banh Mi Box**

#1 French Cold Cuts Banh Mi Box (6-Pack)

**$30.00**

#5 Vietnamese Grilled Pork Banh Mi Box (6-Pack)

**$30.00**



# IMPOSSIBLE BULGOGI

#6 Impossible Bulgogi Banh Mi Box (6-Pack)

**$36.00**



# VIETNAMESE SAUSAGE

#14 Vietnamese Sausage Banh Mi Box (6-Pack)

**$30.00**



# NOLA EAST FAVORITES
### Banh Mi Box

#4 Chinese Roasted Pork (3), #16 Rotisserie Chicken Banh Mi Box (3)

**$30.00**



# DONG PHUONG VEGETARIAN
### Banh Mi Box

#8 Vegetarian (3), #10 Vegetarian Jambon Banh Mi Box (3)

**$27.00**



# NOLA EAST FISH & SHRIMP
### Banh Mi Box

#11 Toasted Shrimp Patty (3), #15 Toasted



# BBQ & ROTISSERIE CHICKEN
### Banh Mi Box

#9 BBQ Chicken (3), #16 Rotisserie

## Fish Patty Banh Mi Box (3)

**$36.00**

## Chicken Banh Mi Box (3)

**$30.00**

Copyright 2020. All Rights Reserved.



東
方

## *BAKESHOP MENU*

**8AM - 5PM  Mon, Wed - Sun**
**Closed Tuesday**

14207 Chef Menteur Hwy, New Orleans  LA 70129

**DPBAKESHOP.COM**

504-254-0214 / 504-254-1568 main

504-994-7847 wholesale



# BANH MI SANDWICHES

Each sandwich is dressed with our family's homemade aioli,
julienned pickled carrots & daikon, freshly sliced jalapeños
& cucumbers, and chopped cilantro

**#1** | **FRENCH COLD CUTS**
Đặc Biệt Pâté Thịt Nguội

**#2** | **VIETNAMESE HAM**
Pâté Chả Lụa

**#3** | **CHINESE MEATBALL**
Xíu Mại

**#4** | **CHINESE ROASTED PORK**
Xá Xíu

**#5** | **VIETNAMESE GRILLED PORK**
Thịt Nướng Xả

**#6** | **IMPOSSIBLE BULGOGI**
Bò Đại Hàn Chay



# BANH MI SANDWICHES

**#7** | **LIVER PATE**
Pâté Bơ

**#8** | **VEGETARIAN**
Chay

**#9** | **BBQ CHICKEN**
Gà Quay

**#10** | **VEGETARIAN JAMBON**
Chả Chay

**#11** | **TOASTED SHRIMP PATTY**
Chả Tôm

**#12** | **CHINESE ROAST BEEF**
Bò Nướng

**#14** | **VIETNAMESE SAUSAGE**
Nem Nướng



# BANH MI SANDWICHES

**#15** | **TOASTED FISH PATTY**
Chả Cá

**#16** | **ROTISSERIE CHICKEN**
Gà Rôti

**#17** | **CHINESE SAUSAGE**
Lạp Xưởng



# FRESH BREADS

Far from traditional, yet widely recognizable around New Orleans, our French Bread is light and airy with a crispy crust that melts in your mouth.

## PISTOLETTE
Bánh Mì Pháp

## KAYA BREADS
Bánh Mì Cazé

## 12" POBOY
Bánh Mì Dài

## COCONUT ROLLS
Bánh Mì Dừa

## RAISIN BREADS
Bánh Mì Nho

## BRIOCHES
Bánh Mì Ngọt Pháp

## CREAM BUNS
Bánh Mì Kem

## PRALINE BREADS
Bánh Mì Pecan

## CRESCENT ROLLS
Bánh Mì Đậu

## MILK BREADS
Bánh Mì Sữa

## SESAME ITALIAN ROLLS
Bánh Mì Ý

## CHARSIU BUNS
Bánh Mì Xá Xíu



# BAKED GOODS

〰〰〰〰〰〰

As sure as the bread rises with the sun, our baked goods
have been prepared to the highest standards
and consistency over the last 35 years.

## PIES & PASTRIES
〰〰〰〰〰〰

### CROISSANTS
Bánh Mì Bơ

### DANISH TWISTS
Bánh Mì Bơ & Đường

### ALMOND BUNS
Bánh Mì Bơ & Hạnh Nhân

### COCONUT MACAROONS
Bánh Dừa Nướng

### CINNAMON ROLLS
Bánh Mì Quế

### CUPCAKES
Bánh Bong Lan Mỹ



## PIES & PASTRIES

~~~~~~~~~~~~~

### SPONGE CUPS
Bánh Bong Lan Chun

### TAPIOCA LAYERS
Bánh Da Lợn

### ASSORTED MINI PIES
Bánh Tạt

### EGG TART
Bánh Tạt Trứng Gà

### VANILLA CREME PUFFS
Bánh Choux Kem

### CHOCOLATE ECLAIRS
Bánh Choux Sôcôla

### STEAMED BANANA CAKE
### W/ COCONUT SAUCE
Bánh Chuối Hấp



## PIES & PASTRIES

### YUCCA GUMMIES
Bánh Tâm Khoai Mì

### MOCHI
Bánh Bao Chì

### NEWTONS
Bánh Dây Miếng

### MUNG BEAN PIES
Bánh Đậu Xanh Nướng

### TAPIOCA CAKE
Bánh Bò Nướng



# TRADITIONAL ASIAN DESSERTS

## FLAKY MOON CAKES
Bánh Pía

## TRADITIONAL MOON CAKES
Bánh Trung Thu

## SWEET RICE CAKES
Bánh Dẻo

## CHINESE RICE WAFERS
Bánh In

## ASSORTED BARS
Bánh Bar

## CHINESE SOFT CANDIES
Kẹo

## WAFFLE CONES
Bánh Kẹp Nướng

 BANH MI AND BAKED GOODS

Banh Mi Boxes        Baked Goods        



Baked Goods | DP Bakeshop - Banh Mi and Baked Goods. Est. 1982 East New Orleans.                    11/3/20, 11:47 AM

| | |
|---|---|
| 6 Pate Chaud & 6 French Bread | 6 Pate Chaud, Signature Breads, Sweet Breads & Baked Goods |
| **$15.00** | **$22.00** |



# DONG PHUONG PATE CHAUD
6-Pack



# TRADITIONAL MEAT PIES
6-Pack

Pate Chaud (6-Pack)

**$12.00**

Meat Pies (6-Pack)

**$12.00**



# HANDMADE BAKED BAO
4-Pack



# VIETNAMESE STEAMED BAO
4-Pack

Baked Bao (4-Pack)

**$10.00**

Steamed Bao (4-Pack)

**$9.00**



Copyright 2020. All Rights

Reserved.







