paralegal@lawgroup.biz

**Subject:** FW: Notice to Discontinue Use of IP

---

**From:** Nelly Ramirez <nelly@thegeminisociety.com>
**Sent:** Monday, April 12, 2021 9:43 PM
**To:** Linh Garza <linh@dpbakeshop.com>
**Cc:** Deziderio Ramirez <dezi@thegeminisociety.com>; James Martis <james@thegeminisociety.com>
**Subject:** Notice to Discontinue Use of IP

Dong Phuong has notified The Gemini Society that they will not be moving forward with any license agreements for continued use of The Gemini Society's intellectual property (Brand Logomarks & Logoscripts, Brand & Product Naming, Packaging & Brand Colors, Brand Copy & Positioning, Brand Artwork & Characters). As such, please consider this correspondence formal notice to discontinue use of all intellectual property. All digital instances of The Gemini Society's intellectual property will be taken down and Dong Phuong has 30 days from this notice to discontinue use of all other material.

As a reminder, all items with instances of the following proprietary information are to be removed from the retail location, products, packaging, labels, vehicles, marketing, menus, stationery, any digital properties and any other undisclosed instances:

**Brand Logomarks and Logoscripts**

- Dong Phuong Banh Mi & Baked Goods Logoscript
- DP Bakeshop Circle Logomark
- DP Bakeshop Vertical Logomark
- Dong Phuong '82 Heritage Logomark
- Journey East Logoscript
- Celebrate Logoscript
- Discover Logoscript
- Gather Logoscript
- Share Logoscript
- Taste Logoscript
- Traditionally Logoscript
- Mardi Gras Logoscript

**EXHIBIT C**

**Brand & Product Naming**

- Dong Phuong Banh Mi & Baked Goods
- DP Bakeshop East Nola
- Baked Goods Box
- Build Your Own Baked Goods Box
- Banh Mi Box
- Banh Mi Box Meal
- Build Your Own Banh Mi Box
- NOLA East Family Meal
- NOLA East Favorites
- DP Kids

**Packaging & Brand Colors**

- DP Yellow Cinnamon King Cake Box Design
- DP Blue Almond King Cake Box Design
- DP Off-White Coconut King Cake Box Design
- DP Purple Cream Cheese King Cake Box Design
- DP Green Pecan King Cake Box Design
- DP Pink Strawberry King Cake Box Design
- DP Yellow Banh Mi Box Design
- DP Blue Baked Goods Box Design
- DP Pink Baked Goods Box Design
- DP Purple Mooncake Sleeve & Box Design

**Brand Copy & Positioning**

- All Social Copy

- All Website Copy
- All Custom Box Copy
- EShop Menu Strategy & Copy
- Journey East Where Bread is King
- Traditionally Distinct and Deliciously Familiar
- Gather Together & Enjoy the City's Best
- Taste Authentic Authentic Vietnamese Flavors
- Share Traditions of the Past
- Discover a Perfect Balance of Sweet and Savory
- Share the Joy of Mardi Gras
- Gather and Let the Good Times Roll
- Celebrate the Season of Carnival
- Discover a Delicious & Distinct Twist
- Taste a Twist of Sweet & Savory
- Savor the Taste of the Season
- Celebrate the Rising of the Harvest Moon
- Gather Under the Harvest Moon
- Celebrate the Joyous Traditions of King's Day

**Brand Artwork & Characters**

- Dad Sunrise Illustrations
- Bread Illustrations
- Boats on Water Illustrations
- Banh Mi Illustrations
- Bike on Road Illustrations
- Baked Goods Illustrations

3

- King Cake Illustrations
- King Cake Box Illustrations
- Mooncake Illustrations
- Mooncake Box Illustrations
- Banh Mi Box Illustrations
- DP Kids Illustrations
- All Mardi Gras Marketing & Promotion Campaigns
- All Banh Mi Marketing & Promotion Campaigns
- All Mooncake Marketing & Promotion Campaigns

NELLY PAULINA | STUDIO OPERATIONS DIRECTOR | nelly@thegeminisociety.com | main 512-906-0016