

**Amanda J. Butler, Esq.**
3436 Magazine St. #8012
New Orleans, LA 70115
504.934.2020 (Office)
504.754.7776 (Facsimile)
504.319.4528 (Mobile)
abutler@lawgroup.biz

April 20, 2021

***Via Electronic Mail***
Nelly Paulina
Studio Operations Director
The Gemini Society
nelly@thegeminisociety.com

To Whom It May Concern:

I represent and write on behalf of Dong Phuong Oriental Bakery, Inc., a Louisiana corporation (hereinafter "Dong Phuong"). My client received your email correspondence on April 12, 2021 indicating a list of intellectual property items you have request Dong Phuong discontinue use of within thirty (30) days. Dong Phuong has exclusive rights to its brand and product naming – a brand that only Dong Phuong has used, not the Gemini Society. Additionally, Dong Phuong has paid Gemini Society an outrageous sum of money for logo and brand work – and has irrevocable license to use the brand work created by Gemini in perpetuity in consideration for such amounts expended. Physical items, such as boxes and bags for which Dong Phuong has already paid a per box license fee, are the property of Dong Phuong and shall be used at its discretion.

The majority of the items indicated on the list of Gemini IP are generic or descriptive words, colors, phrases, and menu items to which Gemini Society does not have any exclusive rights. In response to your recent demand letter, the following is a non-exhaustive list of example generic words to which Gemini Society does not have exclusive rights and which Dong Phuong will continue to use in commerce:

- Banh Mi
- Baked Goods Box
- Build Your Own Baked Goods Box
- Banh Mi Box
- Banh Mi Box Meal
- Build Your Own Banh Mi Box.

Additionally, the following marks are governed by trademark law, which gives The Gemini Society **no legal right** to claim an interest in such words, because The Gemini Society did not use these items in commerce. Dong Phuong owns exclusive trademark rights to use the following:

**EXHIBIT D**

- DP Bakeshop
- DP Bakeshop (+ Design)
- Dong Phuong Bakery.

Finally, Dong Phuong's payment of nearly $375,000.00 to The Gemini Society for the following marks created an irrevocable license. Dong Phuong will continue to use the boxes and bags that it has already paid a licensing fee for, such as king cake boxes and banh mi boxes and bags, bearing the following:

- DP Bakeshop Circle Logomark
- Dong Phuong Banh Mi & Baked Goods Logoscript
- DP Bakeshop Vertical Logomark
- Dong Phuong '82 Heritage Logomark
- Journey East Logoscript
- Celebrate Logoscript
- Discover Logoscript
- Gather Logoscript
- Share Logoscript
- Taste Logoscript
- Traditionally Logoscript
- Mardi Gras Logoscript.

This letter shall put you on notice that Gemini Society has improperly filed for a trademark of the DP Bakeshop mark. We will seek to cancel this trademark immediately due to the fact that any specimen used to confirm use in commerce would have represented fraudulent use by Gemini Society. Gemini Society has no trademark rights in Dong Phuong's brand.

Dong Phuong reserves all rights in its intellectual property, including trademark rights. Nothing in this letter shall constitute a waiver of those rights.

You are hereby instructed to stop communicating with Dong Phuong. All future correspondence should be directed to our office, rather than to the client. Should you have any questions or wish to discuss further, please contact me at abutler@lawgroup.biz or 504.934.2020.

Kind Regards,

Amanda J. Butler
BUSINESS LAW GROUP