UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONG PHUONG BAKERY, INC.,**<br>Plaintiff, | CIVIL ACTION NO. 21-01109 |
| versus | SECTION: J (1) |
| **THE GEMINI SOCIETY, LLC,**<br>Defendant. | Judge: Barbier<br><br>Magistrate Judge: van Meerveld |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Pursuant to the Consent Judgment dated February 10, 2023, R. Doc. 187, the Gemini Society, LLC, ("Gemini Society") moves to enforce the Settlement Agreement, attached as Exhibit A, with Dong Phuong Bakery, Inc., Linh Garza, and Huong Tran (collectively, "Dong Phuong"), including based on Dong Phuong's unauthorized use, distribution, and public display of King Cake boxes displaying Gemini Society's art.

**INTRODUCTION**

Drafting this motion is not how undersigned counsel wanted to spend Valentine's Day. Under the Settlement Agreement, Dong Phuong, Tran, and Garza made several promises regarding Gemini Society's Art, a defined term that includes Gemini Society's "artwork for . . . King Cake boxes . . . ." Settlement Agreement ¶ III.A, Exhibit A at 4. These promises include:

- "Dong Phuong stipulates and agrees that Gemini Society owns all copyrights in the Gemini Society Art." Settlement Agreement ¶ III.B, Exhibit A at 4.

- "Gemini Society hereby terminates, effective January 4, 2023, all licenses to Dong Phuong in the copyrights in the Gemini Society Art." Settlement Agreement ¶ III.D, Exhibit A at 5.

- "[T]he Dong Phuong Parties agree that they have no right to use any Gemini Society Art." Settlement Agreement ¶ II.F, Exhibit A at 3.

1

- "Dong Phuong agrees not to use, reproduce, display, distribute, or create derivative works from the Gemini Society Art." Settlement Agreement ¶ III.D, Exhibit A at 5.

- The Dong Phuong Parties agreed to destroy all King Cake boxes displaying Gemini Society's Art: "Within one (1) day of the date the last Party executes this Agreement, the Dong Phuong Parties must certify under oath that it has permenantly destroyed all King Cake boxes displaying Gemini Society's Art . . . ." Settlement Agreement ¶ II.F, Exhibit A at 3.

Dong Phuong registered its copyrights in its King Cake box artwork. See Copyright Reg. No. VAu 1-435-493 for King Cake boxes, attached as Exhibit J. Under the Copyright Act, Dong Phuong's exclusive rights in the King Cake box art include the exclusive right to "distribute copies of the copyrighted work to the public by sale" and to "display the copyrighted work publicly." *Playboy Enters., Inc. v. Webbworld Inc*., 991 F. Supp. 543, 550-51 (N.D. Tex. 1997) (quoting 17 U.S.C. § 106).

According to Dong Phuong's website, it began selling King Cakes at authorized resellers beginning the week of January 4, 2023. Exhibit B at 3 ("King cakes will also be available at these authorized reseller locations starting the week of January 4, 2023."). One of those resellers is Bourree at Boucherie. *Id*. On Monday, February 13, 2023, Page Vault, Inc. ("Page Vault"), a firm that captures web content, captured a video posted to social media by @BourreeNOLA. Affidavit of Todd W. Price, Page Vault's Chief Technology Officer, attached as Exhibit C. The video shows Dong Phuong delivering King Cakes to Bourree at Boucherie, and the video and related files may be accessed at the following link: https://joneswalker.sharefile.com/d-s9b5f5a4c6d7e4d8a98ade52048c78573 (the "Bourree Video").[1] The Bourree Video's duration is 30 seconds, and, beginning at 25 seconds, the video shows King Cake boxes displaying Gemini Society art available for sale side-by-side with Dong Phuong's new King Cake box designs.

---

[1] Undersigned counsel will also provide a copy of the video to the Court via efile-vanmeerveld@laed.uscourts.gov.



To the right is an example of a King Cake box displaying Gemini Society's art with the DONG PHUONG Logoscript on the side of the box. See Exhibit A to Dong Phuong's Motion for Summary Judgment, R. Doc. 174-3 at 5.

Here are examples of Dong Phuong's new King Cake box designs:



See Exhibit D (websites featuring Dong Phuong's new King Cake boxes for Almond Crème, Strawberry, and Cream Cheese flavors).

Below are images from the Bourree Video showing King Cake boxes displaying Gemini Society art stacked side-by-side with versions of Dong Phuong's new King Cake boxes:





3

Dong Phuong breached its promises under the Settlement and infringed Gemini Society's copyrights. Rather than destroy all King Cake boxes displaying Gemini Society's Art, Dong Phuong used and displayed them for sale and distribution to the public, including via its authorized resellers. Gemini Society also seeks its reasonable attorney's fees and all other legal and equitable relief to which it is entitled, including appropriate sanctions against Dong Phuong.

## FACTUAL BACKGROUND

King Cake boxes and related artwork created by Gemini Society have been a focus of the parties' disputes in this lawsuit. Under the 2021 Statement of Work, Dong Phuong agreed to pay Gemini Society $1 per King Cake box plus a percentage of sales, among other fees. See 2021 Statement of Work, Exhibit Y to Dong Phuong's Motion for Summary Judgmnet, R. Doc. 174-27 at 4; *see also* Invoice dated January 11, 2021, Exhibit BB to Gemini Society's Opposition to Dong Phuong's Motion for Summary Judgment, R. Doc. 176-7 at 1 (showing "King Cake Box Licensing Fee"). After Dong Phuong terminated its relationship with Gemini Society, Gemini Society demanded that Dong Phuong cease using Gemini Society's materials, including King Cake boxes. According to Dong Phuong's Second Amended Complaint, "Dong Phuong has 26,100 unused king cake boxes in inventory . . . ." Second Amended Complaint ¶ 35, R. Doc. 63 at 12.

In discovery, Gemini Society asked Dong Phong to identify when it discontinued using Gemini Society's materials, including the disputed King Cake boxes. On May 9, 2022, Dong Phuong confirmed "Dong Phuong has not used disputed King Cake boxes since the end of the 2021 Mardi Gras Season." Dong Phuong Bakery's Amended Response to Interrogatory No. 10, attached as Exhibit E at 2. Gemini Society also asked Dong Phuong to describe its plans for using such disputed items in the future. Regarding King Cake boxes, Dong Phuong stated that "used ended on February 15, 2021. Plaintiff is unsure of its plans to continue to use the Disputed Items in the future." Dong Phuong's Amended Response to Interrogatory No. 2, attached as Exhibit F at

4

8. On behalf of Dong Phuong, Garza declared under penalty of perjury that Dong Phuong's discovery responses were true and correct. Verification, attached as Exhibit G. However, Dong Phuong never supplemented these or other relevant discovery responses to inform Gemini Society that it used or intended to use the disputed King Cake boxes for the 2023 Mardi Gras Season.

According to Dong Phuong's website, it began selling King Cakes at authorized resellers beginning the week of January 4, 2023. Exhibit B at 3 ("King cakes will also be available at these authorized reseller locations starting the week of January 4, 2023."). One of those resellers is Bourree at Boucherie. *Id*.

On January 4, 2023, the parties settled this matter. See Minute Order, R. Doc. 183. The parties memorialized their settlement in a Settlement Agreement, attached as Exhibit A. Under the Settlement Agreement, Dong Phuong, Tran, and Garza made several promises regarding Gemini Society's Art, including "artwork for . . . King Cake boxes . . . ." Settlement Agreement ¶ III.A, Exhibit A at 4. These promises include:

- "Gemini Society hereby terminates, effective January 4, 2023, all licenses to Dong Phuong in the copyrights in the Gemini Society Art." Settlement Agreement ¶ III.D, Exhibit A at 5.

- "[T]he Dong Phuong Parties agree that they have no right to use any Gemini Society Art." Settlement Agreement ¶ II.F, Exhibit A at 3.

- "Dong Phuong agrees not to use, reproduce, display, distribute, or create derivative works from the Gemini Society Art." Settlement Agreement ¶ III.D, Exhibit A at 5.

- The Dong Phuong Parties agreed to destroy all King Cake boxes displaying Gemini Society's Art: "Within one (1) day of the date the last Party executes this Agreement, the Dong Phuong Parties must certify under oath that it has permenantly destroyed all King Cake boxes displaying Gemini Society's Art . . . ." Settlement Agreement ¶ II.F, Exhibit A at 3.

On February 8, 2023, Garza and Tran each provided a Declaration and Statement of Compliance signed "under penalty of perjury." Exhibit H at 2 and Exhibit I at 2. They represented

that Dong Phuong had 26,100 unused king cake boxes in Dong Phuong's inventory and that it destroyed "all" of them:

> Following the 2021 King Cake season, Dong Phuong had 26,100 unused king cake boxes in its inventory, displaying the following artwork created by Gemini Society (collectively the "King Cake boxes displaying Gemini Society's Art") [images omitted]. On February 4, 2023, Dong Phuong permanently destroyed all King Cake boxes displaying Gemini Society's Art in Dong Phuong's possession, custody, or control, including but not limited to all such boxes stored with Abbott Enterprises, L.L.C. d/b/a MPress.

*Id.* ¶¶ 2-3.

Following receipt of the Declaration and Statement of Compliance signed by Tran and Garza, undersigned counsel on behalf of Gemini Society released a check to Dong Phuong for $200,000 on February 9, 2023.

On February 10, 2023, this Court entered the Joint Consent Judgment. R. Doc. 187. The parties promised to strictly comply with the Settlement Agreement and to refer all disputes to Judge van Meerveld:

> The parties, Dong Phuong Bakery, Inc., Linh Garza, Huong Tran, and The Gemini Society, LLC, have resolved all their disputes, and they have signed a Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement, and any motion filed in this case for sanctions or to enforce the Agreement shall be referred to Judge Janis van Meerveld. All parties agree to strictly abide by the terms of the Settlement Agreement.

*Id.*

On Monday, February 13, 2023, Page Vault captured a video posted to social media by @BourreeNOLA. Affidavit of Todd W. Price, Exhibit C. The video shows Dong Phuong delivering King Cakes to Bourree at Boucherie, and the video and related files may be accessed at the following link: https://joneswalker.sharefile.com/d-s9b5f5a4c6d7e4d8a98ade52048c78573 (the "Bourree Video"). The Bourree Video's duration is 30 seconds, and, beginning at 25 seconds,

6

the video shows King Cake boxes displaying Gemini Society art available for sale side-by-side with Dong Phuong's new King Cake box designs.

Gemini Society owns registered copyrights in its King Cake box art. Under the Settlement Agreement, "Dong Phuong stipulates and agrees that Gemini Society owns all copyrights in the Gemini Society Art." Settlement Agreement ¶ III.B, Exhibit A at 4. Gemini Society Art is a defined term that includes Gemini Society's "artwork for . . . King Cake boxes . . . ." Settlement Agreement ¶ III.A, Exhibit A at 4. In June 2021 Gemini Society applied to register its copyrights in its King Cake boxes, and the U.S. Copyright Office issued to Gemini Society Reg. No. VAu 1-435-493, attached as Exhibit J.

## LAW AND ARGUMENT

**I.  Magistrate Judge van Meerveld has the authority to hear this motion.**

Under the Settlement Agreement, the parties agreed to refer their disputes to Judge van Meerveld: "The Parties agree that the Court retains jurisdiction to enforce this Agreement and the Joint Consent Judgment, and any motion for sanctions or to enforce this Agreement shall be referred to Judge Janis van Meerveld." Settlement Agreement ¶ IV.E, Exhibit A at 6. The Joint Consent Judgment mirrors this language: "The Court retains jurisdiction to enforce the Settlement Agreement, and any motion filed in this case for sanctions or to enforce the Agreement shall be referred to Judge Janis van Meerveld." R. Doc. 187 at 1.

Where, as here, the parties have consented to have the magistrate judge preside over their dispute, the magistrate judge has both criminal and civil contempt powers: "the magistrate judge shall have the power to punish, by fine or imprisonment, or both, criminal contempt constituting disobedience or resistance to the magistrate judge's lawful writ, process, order, rule, decree, or command," 28 U.S.C. § 636(e)(3), and "the magistrate judge may exercise the civil contempt authority of the district court." 28 U.S.C. § 636(e)(4). "Criminal contempt of court is established

7

when there is a clear and definite order of the court, the contemnor knows of the order, and he willfully disobeys the order or acts with deliberate or reckless disregard of the obligations created thereby." *Wash. Mut. Bank v. Condit*, Civil Action No. 5:01-CV-250-C, 2003 U.S. Dist. LEXIS 19596, at *3-5 (N.D. Tex. Nov. 3, 2003) (*citing United States v. Rapone*, 327 U.S. App. D.C. 338, 131 F.3d 188, 192 (D.C. Cir. 1997)). "The same elements apply in civil contempt proceedings, except that the failure to comply with the court's order need not be willful." *Id*. (*citing Am. Airlines, Inc. v. Allied Pilots Ass'n*, 228 F.3d 574, 581 (5th Cir. 2000)).

II. **Before the parties settled, Dong Phuong had a duty to supplement its discovery responses when it used or intended to use the disputed King Cake boxes for the 2023 Mardi Gras season.**

Under the Federal Rules of Civil Procedure, parties have a duty to supplement their discovery responses. "A party . . . who has responded to an interrogatory . . . must supplement or correct its disclosure or response: in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing." Rule 26(e)(1)(A). The Fifth Circuit has held that a party's breach of its duty to supplement discovery responses under Rule 26(e)(1) may justify sanctions against that party. *Bradley v. United States*, 866 F.2d 120, 124 and 128 (5th Cir. 1989) (ordering trial court to impose sanctions for government's failure to supplement prior discovery responses).

Here, Dong Phuong repeatedly stated in its discovery responses that it had not used the disputed King Cake boxes since the 2021 Mardi Gras season, i.e., before the parties' relationship ended in April 2021, and that it was "unsure of its plans" to use such such disputed items in the future. See Exhibit E and Exhibit F, supra. However, once Dong Phuong used or intended to use the disputed King Cake boxes for the 2023 Mardi Gras Season, this rendered its prior resposnes

"incomplete or incorrect," triggering a duty to supplement under Rule 26(e). Dong Phuong's failure to supplement is an independent basis for awarding sanctions. *Bradley*, 866 F.2d at 128.

**III.   Once the parties settled, Dong Phuong breached the Settlement Agreement by using the disputed King Cake boxes, including by distributing them for sale and public display via authorized resellers.**

In Louisiana, "Contracts have the effect of law for the parties," and "Contracts must be performed in good faith." La. Civ. Code art. 1983. "All parties agree[d] to strictly abide by the terms of the Settlement Agreement." Joint Consent Judgement, R. Doc. 187 at 1. Under the Settlement Agreement, "the Dong Phuong Parties agree[d] that they have no right to use any Gemini Society Art." Settlement Agreement ¶ II.F, Exhibit A at 3. And "Dong Phuong agree[d] not to use, reproduce, display, distribute, or create derivative works from the Gemini Society Art." Settlement Agreement ¶ III.D, Exhibit A at 5. Gemini Society's Art is a defined term that includes Gemini Society's "artwork for . . . King Cake boxes . . . ." Settlement Agreement ¶ III.A, Exhibit A at 4.

Here, the Bourree Video shows that Dong Phuong breached these obligations by "using" King Cake boxes displaying Gemini Society's Art. It "distributed" the King Cake boxes to its authorized resellers to "display" to the public. Each of the acts are independent grounds for finding that Dong Phuong breached the Settlement Agreement. Gemini Society respectfully urges the Court to provide a briefing schedule and/or hearing to give Gemini Society an opportunity to prove its damages caused by such breaches.

**IV.   Dong Phuong infringed Gemini Society's copyrights in the King Cake box art by using the disputed King Cake boxes, including distributing them for sale and publicly displaying them.**

"Under The Copyright Act, the bundle of rights enjoyed by a copyright owner includes, among other things, the exclusive right to do, or to authorize, any of the following: (1) Reproduce the copyrighted work; (2) Distribute copies of the copyrighted work to the public by sale or other

transfer of ownership; and/or (3) Display the copyrighted work publicly. *Playboy Enters., Inc. v. Webbworld Inc*., 991 F. Supp. 543, 550-51 (N.D. Tex. 1997) (quoting 17 U.S.C. § 106.) "Using, or authorizing the use of, a copyrighted work in any one of these three ways, without permission of the copyright owner, constitutes actionable copyright infringement." *Id*. For a claim of copyright infringement, a plaintiff must prove two elements: "(1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original." *BWP Media USA, Inc. v. T & S Software Assocs., Inc*., 852 F.3d 436, 438-39 (5th Cir. 2017) (*quoting Feist Publ'ns, Inc. v. Rural Tel. Serv. Co*., 499 U.S. 340, 361, 111 S. Ct. 1282, 113 L. Ed. 2d 358, (1991)).

Here, the first element is met because "Dong Phuong stipulate[d] and agree[d] that Gemini Society owns all copyrights in the Gemini Society Art." Settlement Agreement ¶ III.B, Exhibit A at 4. Gemini Society's Art is a defined term that includes Gemini Society's "artwork for . . . King Cake boxes . . . ." Settlement Agreement ¶ III.A, Exhibit A at 4. Moreover, where, as here, a work "has been properly copyrighted with the Register of Copyrights," such registration "shall 'constitute prima facie evidence of the validity of the copyright and of the facts stated in the certificate.'" *Spectrum Creations, Inc. v. Catalina Lighting, Inc*., NO. SA-00-CA-875-FB, 2001 U.S. Dist. LEXIS 11861, at *21-22 (W.D. Tex. July 31, 2001) (citing 17 U.S.C. § 401(c)). Gemini Society's registrations name Gemini Society as the claimant and owner of the copyrights in the King Cake boxes registered under such registrations. See Exhibit J. Accordingly, Gemini Society owns a valid copyright in the disputed King Cake boxes at issue here.

Regarding the second element, " 'Copying' is a judicial shorthand for the infringement of any of a copyright owner's exclusive rights." *Playboy Enters., Inc.*, 991 F. Supp. at 550. Courts in the Fifth Circuit have held that "if the licensee acts outside the scope of the license, the licensor may sue for copyright infringement." *Stross v. Hearst Communs., Inc*., No. SA-18-CV-01039-

JKP, 2020 U.S. Dist. LEXIS 161293, at *7-8 (W.D. Tex. Sep. 3, 2020) (*quoting Energy Intelligence Group, Inc. v. Bank of Am., N.A*., 4:17-CV-3767, 2018 U.S. Dist. LEXIS 112068, 2018 WL 3303166, at *6 (S.D. Tex. July 5, 2018)); *Kipp Flores Architects, LLC v. AMH Creekside Dev., LLC*, No. SA-21-CV-01158-XR, 2022 U.S. Dist. LEXIS 142279, at *16-18 (W.D. Tex. Aug. 9, 2022) (same); *Genesys Software Sys. v. Comerica Bank*, No. 3:12-CV-2682-N, 2013 U.S. Dist. LEXIS 200010, at *6-7 (N.D. Tex. Apr. 9, 2013) (same).

Here, Dong Phuong infringed Gemini Society's exclusive right to distribute and publicly display "constituent elements of the work [i.e., King Cake box artwork] that are original" to Gemini Society. As shown in the Bourree Video, Dong Phuong distributed to its authorized resellers -- to sell and display to the public -- King Cake boxes featuring Gemini Society's interpretation of a fascade of a French Quarter cottage, including a stoop leading to an entrance with French Doors and a banner positioned above closed shutters, and Mardi Gras beads hanging from a wrought iron fence. Compare with Exhibit J at 7. And because Dong Phuong agreed it had "no right to use any Gemini Society Art" and promised "not to use . . . display, [or] distribute . . . the Gemini Society Art," it cannot argue that it had a license or other authorization from Gemini Society for its actions. Gemini Society respectfully urges the Court to provide a briefing schedule and/or hearing to give Gemini Society an opportunity to prove its damages caused by such infringement.

## CONCLUSION

Dong Phuong breached the Settlement Agreement and infringed Gemini Society's copyrights. Rather than destroy all King Cake boxes displaying Gemini Society's Art, Dong Phuong used and displayed them for sale and distribution to the public, including via its authorized resellers, all in violation of the Settlement Agreement. Further, to the extent additional discovery is necessary to identify other instances of infringement and/or breaches of the Settlement

Agreement and/or the scope of damages caused thereby, such discovery is expressly authorized by Rule 69(a)(2).

Accordingly, Gemini Society respectfully urges the Court to enter an Order that:

- Grants this motion and finds that Dong Phuong's use, distribution, and public displays of King Cake boxes displaying Gemini Society's art breached the Settlement Agreement and infringed Gemini Society's copyrights;

- Provides a briefing schedule and/or hearing for Gemini Society to prove its damages; and

- Awards Gemini Society its reasonable attorney's fees and all other legal and equitable relief to which it is entitled, including appropriate sanctions against Dong Phuong.

Respectfully submitted,   **JONES WALKER LLP**

*/s/ Micah Fincher*
**Micah J. Fincher, T.A. (LA 33830)**
**Joseph F. Lavigne (LA 28119)**
**Michael A. Foley (La. Bar No. 35774)**
201 St. Charles Ave., Ste. 5100
New Orleans, LA 70170-5100
T. 504.582.8000
F. 504.589.8464
mfincher@joneswalker.com
jlavigne@joneswalker.com
afoley@joneswalker.com
***Counsel for The Gemini Society LLC***