UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONG PHUONG BAKERY, INC.** | * * * * | CIVIL ACTION NO.: 21-01109 |
| | | SECTION: J(1) |
| versus | * * | JUDGE: Barbier |
| | * | MAGISTRATE JUDGE: van Meerveld |
| **THE GEMINI SOCIETY, LLC** | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT

Dong Phuong did not engage in the unauthorized use, distribution, or public display of Gemini Society king cake box art. The video submitted by Gemini Society was taken ***before*** the parties reached a settlement in this matter. Dong Phuong could not have breached a settlement agreement that did not exist at the time. The Motion to Enforce should be denied and Dong Phuong should be awarded costs for having to respond to the Motion.

### FACTUAL BACKGROUND

As the Court is aware, the parties engaged in protracted settlement discussions between December 20, 2022 and January 4, 2023. While Gemini Society claimed more than $7 million in damages as a result of its baseless trademark infringement, breach of contract, and unfair trade practices claims, Dong Phuong refused to agree to any payment to Gemini Society other than cost of defense. Because Gemini Society wanted to terminate Dong Phuong's irrevocable, non-exclusive right to use the artwork created for Dong Phuong as part of the settlement, Dong Phuong

1

also insisted that it be reimbursed a substantial portion of the price paid to Gemini under the statements of work.

On January 4, 2023, at 11:37 a.m. Dong Phuong conveyed an offer to settle this matter on those terms, which was accepted by Gemini Society at 11:44 a.m.[1] Pursuant to the settlement, Dong Phuong maintained all rights in the trademarks and logoscript at issue and received $200,000 while Gemini Society was paid $150,000 and the non-exclusive license to use Gemini Society's art was terminated. At 4:27 p.m., the Court entered a minute entry that settlement negotiations had been successful. R. Doc. 183. A month of negotiations over the terms of the settlement agreement ensued and the final settlement agreement was not signed until February 7, 2023. R. Doc. 188-2. The settlement agreement between the parties, provides:[2]

> Gemini Society **hereby terminates**, effective January 4, 2023, all licenses to Dong Phuong in the copyrights in the Gemini Society Art. Dong Phuong **agrees** not to use, reproduce, display, distribute, or create derivative works from the Gemini Society Art.[3]

Less than a week later, Gemini Society filed its Motion to Enforce Settlement Agreement based upon a video taken and posted by Dong Phuong's reseller Boureé on the morning of January 4, 2023—before the parties reached a settlement.[4]

That morning, Dong Phuong employees were packaging king cakes to be delivered to its resellers and for online pre-orders for the 2023 King Cake season.[5] A new Dong Phuong employee mistakenly retrieved and used Gemini Society pecan king cake boxes that were being stored during

---

[1] Because the Court was copied on the communications, they are not attached.
[2] While the parties had an agreement in principal on January 4, the terms of the settlement agreement continued to be negotiated until February 6, 2023.
[3] Dong Phuong requested that the agreement be revised to provide that the license would terminate upon signing. Gemini Society rejected the revision insisting that the termination remain on January 4, 2023.
[4] Exhibit A shows that Bourreé received the king cakes by 9:20 a.m. when an employee texts, "There [sic] here."
[5] Exhibit B. No king cakes were sold in the bakery until January 6, 2023.

the pendency of this litigation.[6] Linh Garza discovered the mistake at approximately 9:00 a.m. and immediately removed all Gemini Society pecan king cake boxes from the bakery.[7] Ms. Garza and Dong Phuong's manager attempted to notify the delivery drivers of the error and then began notifying the resellers to remove the pecan king cakes from distribution.[8]

Mrs. Garza's instructions to the resellers were memorialized in a text message sent by the owner of Bourreé at 9:41 a.m. instructing his employee to "Pls don't sell the pecans…they want to switch out the boxes for them. They should be in green boxes (they are the old boxes, which they don't want us to use)."[9] Dong Phuong retrieved the Gemini Society king cake boxes from Bourreé as reflected in the Bourreé text exchange at 11:17: "They took all the pecans back."[10]



An employee of Bourreé filmed the January 4, 2023 delivery of the first Dong Phuong king cakes for the 2023 season and posted the video to its Instagram page.[11] The entire video, which is linked in Gemini Society's motion, is 30 seconds long. The side of Gemini Society box is shown for 2 seconds. The top of the box, where the Gemini Society art is located, is barely visible in the video.[12]

---

[6] Exhibit B.
[7] Exhibit B.
[8] Exhibit B.
[9] Exhibit A.
[10] Exhibit A.
[11] Exhibit A.
[12] See also R. Doc. 188 at p. 2

That video is the subject of Gemini's Motion. The Motion to Enforce does not disclose that the video was taken on January 4, but instead repeatedly references the date the video was purportedly captured, February 13, 2023, leaving the court with the misimpression that Dong Phuong used the Gemini Society boxes after the settlement in this matter.[13]

Although the date is difficult to discern from the attachments provided by Gemini Society, the date of the post is shown on page 5 of Record Document 188-4:



The comments below the post, which were posted five weeks prior to the date of capture, confirm that the video was not from February 13. In fact, the first comment states "But…but…it's not time yettttttt"—an apparent reference to the fact that king cake season, which starts on January 6, 2023, had not yet begun:

---

[13] R. Doc. 188 at p. 1; 188-4.



Finally, Gemini Society's Motion includes a link to the video and documents from Page Vault, which also confirm that the video was uploaded January 4, 2023.[14]

Gemini Society knew, or should have known, that the video was taken and uploaded on January 4, 2023 before it filed its Motion to Enforce. The date is visible on the post and is included in the information recorded by Page Vault—Gemini Society's vendor.

---

[14] The link provided by Gemini Society includes an Excel Spreadsheet under the PVOD Delivery #6848 folder entitled Page Vault Capture Summary.csv. Column P shows the file was uploaded on January 4, 2023.

None of the actions complained of by Gemini Society occurred after the settlement in this matter. While the boxes were used in error on the morning of January 4, 2023, nothing prohibited Dong Phuong's use, distribution, or public display of the Gemini Society king cake at that time.[15] It is axiomatic that a party cannot violate an agreement before it exists. The settlement offer was not conveyed until 11:37 a.m. and was not confirmed until at 11:44 a.m. The exhibits submitted by Dong Phuong, including the text messages of Bourreé, demonstrate that Bourreé was notified to remove the pecan king cakes by 9:40 and the boxes were retrieved by 11:17.[16] Dong Phuong could not have violated a settlement that did not exist at the time the king cake boxes were distributed.[17]

The Settlement Agreement, which is silent as to the time of the January 4, 2023 retroactive termination of the license agreement cannot and should not be interpreted as terminating Dong Phuong's license to use the Gemini Society art before the parties had reached a settlement. The mistaken use of the Gemini Society king cake boxes on the day the parties finally reached a settlement was unfortunate, but it was not a violation of a settlement that did not exist at the time. Dong Phuong did not use, reproduce, display, distribute, or create derivate works from the Gemini Society art after the January 4, 2023 settlement and certainly not after the February 7, 2023 signed Settlement Agreement.

---

[15] The use of the boxes was not intentional and Dong Phuong took immediate steps to replace the boxes with its newly designed boxes.
[16] Dong Phuong was able to retrieve all of the pecan king cake boxes from all of its resellers except six that were sold prior to 10:00 a.m.(more than an hour before the settlement was reached). Dong Phuong also believes that two pecan king cakes were picked up in the bakery prior to her discovery of the use of the Gemini Society king cake boxes at approximately 9:00 a.m. on January 4, 2023. See Exhibit B.
[17] Gemini Society also argues that Dong Phuong had an obligation to update its discovery responses. Discovery in this matter closed in December and the settlement was reached within hours of the mistaken use of the Gemini Society boxes. Dong Phuong had no obligation to update discovery responses after settlement was reached.

Gemini Society's Motion to Enforce should be denied because Dong Phuong did not breach the Settlement Agreement or infringe upon Gemini Society's copyrights and Dong Phuong should be awarded attorney's fees incurred in responding to the motion. Additionally, Dong Phuong should be awarded damages for Gemini Society's interference with Dong Phuong's relationship with its resellers based upon counsel for Gemini's notification to all of Dong Phuong's resellers of the alleged violation of the settlement agreement under the guise of a litigation hold and threatened penalties for copyright violations up to $150,000.[18]

Respectfully submitted,

   */s/ Samantha P. Griffin*
Paul J. Politz (#19741)
ppolitz@twpdlaw.com
Deanne B. McCauley (#22515)
dmccauley@twpdlaw.com
Samantha P. Griffin (#26906)
sgriffin@twpdlaw.com
Taylor, Wellons, Politz & Duhe, LLC
1555 Poydras Street, Suite 2000
New Orleans, LA 70112
T: 504-525-9888
*Counsel for Dong Phuong Bakery, Inc.,
Huong Tran, and Linh Garza*

---

[18] Exhibit C. Gemini sent the letter after Bourreé removed the video after learning of the filing of Gemini Society's Motion to Enforce Settlement Agreement.